Medtech Med. Supply, Inc. v Allstate Ins. Co.

2026 NY Slip Op 50810(U)

May 22, 2026

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

Medtech Medical Supply, Inc., as Assignee of Sabni Khalil, Appellant,

v

Allstate Insurance Company, Respondent.

Supreme Court, Appellate Term, Second Department, 2d, 11th And 13th Judicial Districts

Decided on May 22, 2026

2025-1258 Q C

Present: : Chereé A. Buggs, J.P., Wavny Toussaint, Karen Lin, JJ

Glinkenhouse Queen, Esqs. (Alan Queen of counsel), for appellant.
Merani Kamara Law Group (Samuel A. Kamara and Peter C. Merani of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Ira R. Greenberg, J.), dated July 8, 2025. The order, insofar as appealed from, granted the branch of defendant's motion seeking to vacate a judgment in favor of plaintiff entered September 13, 2023 pursuant to a default under a settlement.

[*1]

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and the branch of defendant's motion seeking to vacate the September 13, 2023 judgment is denied.

In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court (Ira R. Greenberg, J.) dated July 8, 2025 as granted the branch of defendant's motion seeking to vacate a judgment in favor of plaintiff entered September 13, 2023 pursuant to a default under a settlement (see CPLR 5003-a [e]).

For the reasons stated in Paramount Med. Group, P.C., as Assignee of Jainan Singh v Allstate Ins. Co. (— Misc 3d —, 2026 NY Slip Op — [appeal No. 2025-1319 Q C], decided herewith), the order, insofar as appealed from, is reversed and the branch of defendant's motion seeking to vacate the September 13, 2023 judgment is denied.

BUGGS, J.P., TOUSSAINT and LIN, JJ., concur.

ENTER:

Jennifer Chan

Chief Clerk

Decision Date: May 22, 2026